No. 897. CHRISTIE-MYERS FEED COMPANY *v.* CLEVELAND GRAIN & MILLING COMPANY. March 8, 1926. Peti-

tion for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Edward G. Smith* for petitioner. *Mr. George M. Hoffheimer* for respondent.